<table>
<tr><td colspan="2">

**Fill in this information to identify your case:**

</td></tr>
</table>

United States Bankruptcy Court for the:

DISTRICT OF SOUTH CAROLINA

Case number *(if known)* _____    Chapter __11__

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **1st Capital Finance of South Carolina, Inc.** |
| **2.** | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **20-2993542** |

| | | | |
|---|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **208 Gateway Farm Road**<br>**Clover, SC 29710**<br>Number, Street, City, State & ZIP Code | |
| | | | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **York**<br>County | **Location of principal assets, if different from principal place of business** |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| **5.** | **Debtor's website** (URL) | **https://1stcapitaltitleloans.com/title-loan-clover/** |

| | | |
|---|---|---|
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor    **1st Capital Finance of South Carolina, Inc.**                    Case number (*if known*) _____
         Name

**7.  Describe debtor's business**        A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.
    **6141**

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

　■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　☐ A plan is being filed with this petition.

　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

Debtor  **1st Capital Finance of South Carolina, Inc.**        Case number (*if known*) _____

Name

---

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ | When _____ | Case number, if known | _____ |

---

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

---

### ■ Statistical and administrative information

**13.** **Debtor's estimation of available funds** .

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

Debtor   **1st Capital Finance of South Carolina, Inc.**                              Case number (*if known*) _____
_____
Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☑ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    **1st Capital Finance of South Carolina, Inc.**                                          Case number (*if known*) _____
Name

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature
of authorized
representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 30, 2023**
               MM / DD / YYYY

**X** **/s/ Wesley Harden**                                   **Wesley Harden**
Signature of authorized representative of debtor              Printed name

Title    **President**

---

**18. Signature of attorney**

**X** **/s/ Jane H. Downey**                              Date    **June 30, 2023**
Signature of attorney for debtor                                  MM / DD / YYYY

**Jane H. Downey 5242**
Printed name

**Baker Donelson**
Firm name

**1501 Main St., Ste 310
Columbia, SC 29201**
Number, Street, City, State & ZIP Code

Contact phone    **803-251-8814**      Email address    **jdowney@bakerdonelson.com**

**5242 SC**
Bar number and State

---

**Fill in this information to identify the case:**

Debtor name __**1st Capital Finance of South Carolina, Inc.**__

United States Bankruptcy Court for the: __DISTRICT OF SOUTH CAROLINA__

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration    **Corporate Resolution**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __**June 30, 2023**__       *X* /s/ Wesley Harden
                                          Signature of individual signing on behalf of debtor

                                          **Wesley Harden**
                                          Printed name

                                          **President**
                                          Position or relationship to debtor

Official Form 202                    Declaration Under Penalty of Perjury for Non-Individual Debtors

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **1st Capital Finance of South Carolina, Inc.** |
| United States Bankruptcy Court for the: | **DISTRICT OF SOUTH CAROLINA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Alphonso Laney 5129 Osage Cir Charlotte, NC 28269** | | **Settlement Agreement** | | | | $11,150.00 |
| **Coretta Orr 1016 Pondella Dr Charlotte, NC 28213** | | **Settlement Agreement** | | | | $5,250.00 |
| **Corey Mills 19836 Lacebark Dr Fayetteville, NC 28301** | | **Settlement Agreement** | | | | $10,250.00 |
| **Dominique Faulk 98 Waynes Way Whiteville, NC 28472** | | **Settlement Agreement** | | | | $3,300.00 |
| **Emma Player 1004 Rockland Cir SW Charlotte, NC 28207** | | **Settlement Agreement** | | | | $2,700.00 |
| **Juanita Davis 1030 Whisperwood Dr Salisbury, NC 28147** | | **Settlement Agreement** | | | | $3,850.00 |
| **Laura Mims 1416 Ware Ave Gastonia, NC 28052** | | **Settlement Agreement** | | | | $3,000.00 |
| **Marquis Douglas 198 Douglas Rd Hamlet, NC 28345** | | **Settlement Agreement** | | | | $21,670.00 |
| **Ronnie Greenlee 5335 Grenelefe Village Rd Charlotte, NC 28269** | | **Settlement Agreement** | | | | $5,050.00 |
| **Tarica Epps 750 7th Ave Place SW Hickory, NC 28602** | | **Settlement Agreement** | | | | $6,500.00 |

Debtor  **1st Capital Finance of South Carolina, Inc.**                    Case number *(if known)*  _____
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Valerie Mobley 2320 Orton St Charlotte, NC 28208** | | **Settlement Agreement** | | | | **$9,900.00** |
| **Victoria Jones 318 Griffin Cir Concord, NC 28025** | | **Settlement Agreement** | | | | **$3,400.00** |
| **Wesley Harden 3399 Scenic Highway 98 Destin, FL 32541** | | **Capital One** | | | | $45,044.60 |

**Fill in this information to identify the case:**

Debtor name **1st Capital Finance of South Carolina, Inc.**

United States Bankruptcy Court for the: DISTRICT OF SOUTH CAROLINA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.....................................................................................................    $ _____ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..................................................................................................    $ ___ 4,025,187.70

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*...................................................................................................    $ ___ 4,025,187.70

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $ _____ 0.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................................    $ _____ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................    +$ ___ 131,064.60

4. **Total liabilities** ....................................................................................................................    $ ___ 131,064.60
   Lines 2 + 3a + 3b

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **1st Capital Finance of South Carolina, Inc.** |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number (if known) | |

☐ Check if this is an
amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:      Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. | **Cash on hand** | | $320,713.24 |

3.     **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Select Bank Account** | | 2418 | $364,445.00 |

4.     **Other cash equivalents** *(Identify all)*

5.     **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.            **$685,158.24**

## Part 2:      Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.     **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit
**Lease:**

| | | |
|---|---|---|
| | **208 Gateway Farm Road via Top Hat Rentals $6,000.00** | |
| | **2595 Cherry Road via Ben Fewell Real Estate $2,500.00** | |
| 7.1. | **1705 N Main St via Wakefield Realty       $2,100.00** | $10,600.00 |

8.     **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

Debtor   **1st Capital Finance of South Carolina, Inc.**                    Case number *(If known)* _____
               Name

9.      **Total of Part 2.**                                                                                   | $10,600.00 |
         Add lines 7 through 8. Copy the total to line 81.

**Part 3:**   **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.     **Accounts receivable**

11a. 90 days old or less:   **1,026,962.34** - **153,778.00** = .... **$873,184.34**
                             face amount         doubtful or uncollectible accounts

11a. 90 days old or less:   **1,769.23** - **0.00** = .... **$1,769.23**
                             face amount         doubtful or uncollectible accounts

11a. 90 days old or less:   **325,000.00** - **0.00** = .... **$325,000.00**
                             face amount         doubtful or uncollectible accounts

11a. 90 days old or less:   **366,803.85** - **0.00** = .... **$366,803.85**
                             face amount         doubtful or uncollectible accounts

11b. Over 90 days old:   **111,359.48** - **20,793.93** =.... **$90,565.55**
                          face amount         doubtful or uncollectible accounts

11b. Over 90 days old:   **854,038.60** - **0.00** =.... **$854,038.60**
                          face amount         doubtful or uncollectible accounts

12.     **Total of Part 3.**                                                                                   | $2,511,361.57 |
         Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**   **Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**   **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19.     **Raw materials**

20.     **Work in progress**

Debtor    __1st Capital Finance of South Carolina, Inc.__          Case number *(If known)* _____
       Name

| | | | |
|---|---|---|---|
| 21. | **Finished goods, including goods held for resale** | | |
| 22. | **Other inventory or supplies**<br>**Automobile**<br>**repossession inventory.**<br>**Changes frequently,**<br>**estimated value.** | **$0.00** | **$45,000.00** |

| 23. | **Total of Part 5.** | **$45,000.00** |
|---|---|---|
| | Add lines 19 through 22.  Copy the total to line 84. | |

24.    **Is any of the property listed in Part 5 perishable?**
   ■ No
   ☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
   ■ No
   ☐ Yes. Book value  _____  Valuation method  _____  Current Value  _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 6:      Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

**Part 7:      Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No.  Go to Part 8.
   ■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**6 Locations** | **Unknown** | | **$35,000.00** |
| 40. | **Office fixtures**<br>**Signage** | **Unknown** | | **$16,000.00** |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Computers** | **Unknown** | | **$6,000.00** |

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
      books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
      collections; other collections, memorabilia, or collectibles

| Debtor | **1st Capital Finance of South Carolina, Inc.** | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

**43.** **Total of Part 7.** $57,000.00

Add lines 39 through 42.  Copy the total to line 86.

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No.  Go to Part 9.

☐ Yes Fill in the information below.

**Part 9:**    **Real property**

**54. Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.

☐ Yes Fill in the information below.

**Part 10:**    **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.

☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.** **Internet domain names and websites** **1stcapitaltitleloans.com** | $0.00 | | $0.00 |
| **62.** **Licenses, franchises, and royalties** | | | |
| **63.** **Customer lists, mailing lists, or other compilations** **List or records include customer peronally identifiable information** | Unknown | | Unknown |
| **64.** **Other intangibles, or intellectual property** | | | |
| **65.** **Goodwill** | | | |

**66.** **Total of Part 10.** $0.00

Add lines 60 through 65. Copy the total to line 89.

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

☐ No

☑ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

| Debtor | **1st Capital Finance of South Carolina, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 11:  All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| | **Note: Wesley D Harden**   10,181.89 - 0.00 =<br>Total face amount   doubtful or uncollectible amount | $10,181.89 |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local)<br>**Tax year: 2020**<br>**Refund $78,287.00**<br>**NOL's $210,362.00**   Tax year **2020** | $288,649.00 |
| | **Tax year: 2021**   Tax year **2021** | $60,000.00 |
| | **Tax year: 2022**<br>**Refund $60,000.00**<br>**NOL's $ 293,237.00**   Tax year **2022** | $353,237.00 |
| 73. | **Interests in insurance policies or annuities** | |
| | **General Liability Insurance Policy** | $0.00 |
| | **Workers Compensation Policy** | $0.00 |
| | **Major Medical and Dental Employee Policy** | $0.00 |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |

Debtor    **1st Capital Finance of South Carolina, Inc.**                    Case number *(If known)* _____
          Name

**Possible counterclaims against customers**                                                    **Unknown**

| Nature of claim | **Counterclaims** |
|---|---|
| Amount requested | **$0.00** |

76.    **Trusts, equitable or future interests in property**
       **Offshore Trust**
       **Beneficiary: Wesley D Harden**                                                          **$4,000.00**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
       country club membership

78.    **Total of Part 11.**                                                          **$716,067.89**

       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Debtor    **1st Capital Finance of South Carolina, Inc.**          Case number *(If known)* _____
          Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $685,158.24 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $10,600.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $2,511,361.57 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $45,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $57,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.............................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $716,067.89 | |
| 91. **Total.** Add lines 80 through 90 for each column | $4,025,187.70 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $4,025,187.70 |

**Fill in this information to identify the case:**

Debtor name      **1st Capital Finance of South Carolina, Inc.**

United States Bankruptcy Court for the:      DISTRICT OF SOUTH CAROLINA

Case number (if known)      _____

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                    **12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name  **1st Capital Finance of South Carolina, Inc.**

United States Bankruptcy Court for the:  DISTRICT OF SOUTH CAROLINA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| | | **$0.00** | **$0.00** |

**2.1**   Priority creditor's name and mailing address
**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**notice only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.2**   Priority creditor's name and mailing address
**South Carolina Department of
Revenue**
**Office of General Counsel
Attn: Bankruptcy Department
300A Outlet Pointe Blvd.
Columbia, SC 29210**

Total claim **$0.00**    Priority amount **$0.00**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**notice only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

**Amount of claim**

| Debtor | **1st Capital Finance of South Carolina, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,150.00**

**Alphonso Laney**
**5129 Osage Cir**
**Charlotte, NC 28269**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Settlement Agreement**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Ashley Mayfield**
**Greensboro Law Center**
**822 N. Elm Street, Suite 200**
**Greensboro, NC 27401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **notice only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Bryan Clark**
**Greensboro Law Center**
**822 N. Elm Street, Suite 200**
**Greensboro, NC 27401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **notice only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,250.00**

**Coretta Orr**
**1016 Pondella Dr**
**Charlotte, NC 28213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Settlement Agreement**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,250.00**

**Corey Mills**
**19836 Lacebark Dr**
**Fayetteville, NC 28301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Settlement Agreement**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,300.00**

**Dominique Faulk**
**98 Waynes Way**
**Whiteville, NC 28472**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Settlement Agreement**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,700.00**

**Emma Player**
**1004 Rockland Cir SW**
**Charlotte, NC 28207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Settlement Agreement**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **1st Capital Finance of South Carolina, Inc.**

Name

Case number (if known)

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Greensboro Law Center**
**Attn: James R. Faucher**
**822 N. Elm Street, Suite 200**
**Greensboro, NC 27401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **notice only**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,850.00

**Juanita Davis**
**1030 Whisperwood Dr**
**Salisbury, NC 28147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Settlement Agreement**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Katherine Watkins**
**Greensboro Law Center**
**822 N. Elm Street, Suite 200**
**Greensboro, NC 27401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **notice only**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00

**Laura Mims**
**1416 Ware Ave**
**Gastonia, NC 28052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Settlement Agreement**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,670.00

**Marquis Douglas**
**198 Douglas Rd**
**Hamlet, NC 28345**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Settlement Agreement**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Robert Lee Jones**
**Greensboro Law Center**
**822 N. Elm Street, Suite 200**
**Greensboro, NC 27401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **notice only**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,050.00

**Ronnie Greenlee**
**5335 Grenelefe Village Rd**
**Charlotte, NC 28269**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Settlement Agreement**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor    **1st Capital Finance of South Carolina, Inc.**
Name

Case number (if known) _____

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,500.00 |
|---|---|---|---|

**Tarica Epps**
**750 7th Ave Place SW**
**Hickory, NC 28602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Settlement Agreement**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,900.00 |
|---|---|---|---|

**Valerie Mobley**
**2320 Orton St**
**Charlotte, NC 28208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Settlement Agreement**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,400.00 |
|---|---|---|---|

**Victoria Jones**
**318 Griffin Cir**
**Concord, NC 28025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Settlement Agreement**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Wendy McLaurin**
**Greensboro Law Center**
**822 N. Elm Street, Suite 200**
**Greensboro, NC 27401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **notice only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45,044.60 |
|---|---|---|---|

**Wesley Harden**
**3399 Scenic Highway 98**
**Destin, FL 32541**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Capital One**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 131,064.60 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. | $ 131,064.60 |

**Fill in this information to identify the case:**

Debtor name **1st Capital Finance of South Carolina, Inc.**

United States Bankruptcy Court for the: DISTRICT OF SOUTH CAROLINA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest **3420 Hwy 21 Fort Mill, SC 29715** <br><br>State the term remaining <br><br>List the contract number of any government contract | **Allstate Construction PO Box 78234 Charlotte, NC 28271** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest **3220 Hwy 701 N Loris, SC 29569** <br><br>State the term remaining <br><br>List the contract number of any government contract | **Auto Loans 4 U, LLC 224 Gatway Farm Rd Clover, SC 29710** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest **3120 Hwy 701 N Loris, SC 29569** <br><br>State the term remaining <br><br>List the contract number of any government contract | **Auto Loans 4 U, LLC 224 Gatway Farm Rd Clover, SC 29710** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest **2595 Cherry Road Rockhill, SC 29732** <br><br>State the term remaining <br><br>List the contract number of any government contract | **Ben & Elaine Fewell 1029 A Riverview Rd Rock Hill, SC 29732** |

Debtor 1  **1st Capital Finance of South Carolina, Inc.**                    Case number (*if known*) _____

      First Name          Middle Name          Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.5.** State what the contract or lease is for and the nature of the debtor's interest | **1660 Hwy 701 N** **Loris, SC 29569** |
| State the term remaining | **Randy Milligan** **2118 Fowler School Road** **Loris, SC 29569** |
| List the contract number of any government contract | |
| **2.6.** State what the contract or lease is for and the nature of the debtor's interest | **208 Gateway Farm Road** **Clover, SC 29710** |
| State the term remaining | **Top Hat Rentals** **6595 Roswell Road** **Suite G785** **Atlanta, GA 30328** |
| List the contract number of any government contract | |
| **2.7.** State what the contract or lease is for and the nature of the debtor's interest | **1705 N Main Street** **Anderson, SC 29621** |
| State the term remaining | **Wakefield Realty** **P.O. Box 1665** **Anderson, SC 29622** |
| List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name __**1st Capital Finance of South Carolina, Inc.**__

United States Bankruptcy Court for the: __DISTRICT OF SOUTH CAROLINA__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | _____ | Street _____<br>City      State      Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | _____ | Street _____<br>City      State      Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | _____ | Street _____<br>City      State      Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | _____ | Street _____<br>City      State      Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name    **1st Capital Finance of South Carolina, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF SOUTH CAROLINA

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

<hr/>

**Part 1:**    **Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$1,172,583.07** |
| **For prior year:**<br>From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$2,592,504.00** |
| **For year before that:**<br>From **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$2,664,566.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|

<hr/>

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Debtor    **1st Capital Finance of South Carolina, Inc.**

Case number *(if known)* _____

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  **Auto Loans 4 U, LLC 224 Gateway Farm Road Clover, SC 29710 LLC owned by Wesley D Harden** | **Monthly renal payments of $7,100.00 from December 2022 to current** | **$42,500.00** | **Rent and Lease** |
| 4.2.  **Capital One** **Credit Card Owned by Wesley D Harden** | **3/29 - $10,000.00 4/10 - $20,000.00 5/4 - $9,000.00 5/18 - $20,000.00** | **$59,000.00** | |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  **COULTER, et al v. 1st Capital, et al 22CVS7900** | **Deceptive Trade Practice Act & Violation of NC Consumer Loan Act.** | **Guilford County Courthouse 201 S Eugene St Greensboro, NC 27401** | ■ Pending ☐ On appeal ☐ Concluded |

Debtor    **1st Capital Finance of South Carolina, Inc.** | Case number *(if known)* _____

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.2. | **JOHNSON, et al v. 1st Capital, et al**<br>**22CVS7316** | **Deceptive Trade Practice Act & Violation of NC Consumer Loan Act.** | **Guilford County Courthouse**<br>**201 S Eugene St**<br>**Greensboro, NC 27401** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **LANEY, et al v. 1st Capital, et al**<br>**22CVS6983** | **Deceptive Trade Practice Act & Violation of NC Consumer Loan Act.** | **Guilford County Courthouse**<br>**201 S Eugene St**<br>**Greensboro, NC 27401** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **MAYFIELD, et al v. 1st Capital, et al**<br>**22CVS2358** | **Deceptive Trade Practice Act & Violation of NC Consumer Loan Act.** | **Guilford County Courthouse**<br>**201 S Eugene St**<br>**Greensboro, NC 27401** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **HYDE, et al v. 1st Capital, et al**<br>**23CVS4756** | **Deceptive Trade Practice Act & Violation of NC Consumer Loan Act.** | **Guilford County Courthouse**<br>**201 S Eugene St**<br>**Greensboro, NC 27401** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **PRIDE, et al v. 1st Capital, et al**<br>**23CVS5739** | **Deceptive Trade Practice Act & Violation of NC Consumer Loan Act.** | **Guilford County Courthouse**<br>**201 S Eugene St**<br>**Greensboro, NC 27401** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:**    **Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:**    **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:**    **Certain Payments or Transfers**

Debtor   **1st Capital Finance of South Carolina, Inc.**                    Case number *(if known)* _____

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Baker, Donelson, et al 1501 Main Street Suite 310 Columbia, SC 29201** | | **3/14/2023** | **$31,800.00** |
| | Email or website address **bakerdonelson.com** | | | |
| | Who made the payment, if not debtor? **Wesley Harden** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:   Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:   Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

Debtor    **1st Capital Finance of South Carolina, Inc.**                    Case number *(if known)* _____

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ☐ No.
    ☑ Yes. State the nature of the information collected and retained.

    **Debtor retains personal identifiable information on customers via software and locked file cabinet.**

    Does the debtor have a privacy policy about that information?
    ☐ No
    ☑ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ☑ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Masons Storage Lot**<br>**5022 York Hwy**<br>**Gastonia, NC 28052** | **Gate access code provided to current employees.** | **Repossession Inventory** | ☐ No<br>☑ Yes |

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

Debtor    **1st Capital Finance of South Carolina, Inc.** _____ Case number *(if known)* _____

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:** **Details About Environment Information**

---

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:** **Details About the Debtor's Business or Connections to Any Business**

---

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|

Debtor    **1st Capital Finance of South Carolina, Inc.**                                    Case number *(if known)* _____

| Name and address | Date of service From-To |
|---|---|
| 26a.1. | **Gregg Hess CPA**<br>**(864) 855-4488** | **2004 - 2022**<br>**(Deceased)** |
| 26a.2. | **Tina Bunton**<br>**Phoenix, AZ** | **2011 - Current** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

   ■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

   ☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | **New Beginnings**<br>**5010 E Warner Road**<br>**Phoenix, AZ 85044** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

   ■ None

| Name and address |
|---|

27. **Inventories**
   Have any inventories of the debtor's property been taken within 2 years before filing this case?

   ☐ No
   ■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Store Managers for each location** | **Past (2) years** | **Unknown** |

| Name and address of the person who has possession of inventory records |
|---|
| **Wesley Harden**<br>**208 Gateway Farm Road**<br>**Clover, SC 29710** |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Wesley Harden** | **3399 Scenic Highway 98**<br>**Destin, FL 32541** | **President** | **100%** |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

Debtor   **1st Capital Finance of South Carolina, Inc.**     Case number *(if known)* _____

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Wesley D Harden 3399 Scenic Highway 98 Destin, FL 32541** | **$473,316.88** | **Within (1) year** | **Wages, Dividends, Credit Card and Loan Proceeds** |
| | Relationship to debtor **President** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:** **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __June 30, 2023__

_/s/ Wesley Harden_____        **Wesley Harden**_____
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    **President**_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of South Carolina

In re   **1st Capital Finance of South Carolina, Inc.**                                    Case No.  _____

                                                        Debtor(s)                           Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
     compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
     be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | **Unknown** |
| Prior to the filing of this statement I have received (including UCC costs) | $ | **15,981.50** |
| I am also holding funds in retainer in the amount of | $ | **15,818.50** |
| Balance Due | $ | **0.00** |

2.   $ **1,738.00** of the retainer will be applied to the filing fee.

3.   The source of the compensation paid to me was:

     ☐ Debtor        ☑ Other (specify):   **Wesley D Harden**

4.   The source of compensation to be paid to me is:

     ☑ Debtor        ☐ Other (specify):

5.   ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
       copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.  [Other provisions as needed]

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**June 30, 2023**                                         **/s/ Jane Downey**
_Date_                                                    **Jane Downey, 5242**
                                                          _Signature of Attorney_
                                                          **Baker Donelson**
                                                          **1501 Main St**
                                                          **Ste 310**
                                                          **Columbia, SC 29201**
                                                          **803-251-8814**
                                                          **jdowney@bakerdonelson.com**
                                                          _Name of law firm_

# United States Bankruptcy Court
## District of South Carolina

In re    __1st Capital Finance of South Carolina, Inc.__                    Case No.    _____
                                                    Debtor(s)            Chapter    __11__

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| -NONE- | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **June 30, 2023**                    Signature    **/s/ Wesley Harden**
                                                                **Wesley Harden**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

LOCAL OFFICIAL FORM 1007-1(b) TO SC LBR 1007-1

# United States Bankruptcy Court
### District of South Carolina

In re __1st Capital Finance of South Carolina, Inc.__      Case No. _____

Debtor(s)      Chapter __11__

## CERTIFICATION VERIFYING CREDITOR MATRIX

The above named debtor, or attorney for the debtor if applicable, hereby certifies pursuant to South Carolina Local Bankruptcy Rule 1007-1 that the master mailing list of creditors submitted either on computer diskette, electronically filed via CM/ECF, or conventionally filed in a typed hard copy scannable format which has been compared to, and contains identical information to, the debtor's schedules, statements and lists which are being filed at this time or as they currently exist in draft form.

Master mailing list of creditors submitted via:

     (a)    _____ computer diskette

     (b)    _____ scannable hard copy
(number of sheets submitted _____)

     (c)    __X__ electronic version filed via CM/ECF

Date:    **June 30, 2023**          **/s/ Wesley Harden**

**Wesley Harden**/**President**
Signer/Title

Date:    **June 30, 2023**          **/s/ Jane H. Downey**

Signature of Attorney
**Jane H. Downey 5242**
**Baker Donelson**
**1501 Main St., Ste 310**
**Columbia, SC 29201**
**803-251-8814**
Typed/Printed Name/Address/Telephone

**5242 SC**

District Court I.D. Number

ABRAHAM SMILEY
7501 CEDA POINT LN APT 209
CHARLOTTE NC 28210


ALICIA SMALLWOOD
12700 OLEHURST PLACE
CHARLOTTE NC 28262


ALLSTATE CONSTRUCTION
PO BOX 78234
CHARLOTTE NC 28271


ALPHONSO LANEY
5129 OSAGE CIR
CHARLOTTE NC 28269


ANDREW JOHNSON
628 ARCHDALE APT A
CHARLOTTE NC 28217


ANTONIA MERCER
1889 LINWOOD RD
GASTONIA NC 28052


APRIL SMITH
2115 KINSEY ST
LA GRANGE NC 28551


ARTIE LENOIR
507 E IOWA AVE
BESSEMER CITY NC 28016


ASHLEY MAYFIELD
GREENSBORO LAW CENTER
822 N. ELM STREET, SUITE 200
GREENSBORO NC 27401


AUTO LOANS 4 U, LLC
224 GATWAY FARM RD
CLOVER SC 29710


BEN & ELAINE FEWELL
1029 A RIVERVIEW RD
ROCK HILL SC 29732

BRYAN CLARK
GREENSBORO LAW CENTER
822 N. ELM STREET, SUITE 200
GREENSBORO NC 27401

CECIL COULTER
815 N YORK ST
GASTONIA NC 28052

CHANEL WATERS
1105 SWARNGAN RIDGE CT
CHARLOTTE NC 28216

CHELSEA RANKIN
1508 E LIBERTY ST
SALISBURY NC 28146

CHERYL GIST
1989 LAUREL LN
GASTONIA NC 28054

CONNIE BANNER
5809 MERRY DALE DR
WINSTON SALEM NC 27105

CORETTA ORR
1016 PONDELLA DR
CHARLOTTE NC 28213

COREY MILLS
19836 LACEBARK DR
CORNELIUS NC 28301

DAWN ASHLEY
4929 JEAN GRIMES DR
CHARLOTTE NC 28269

DEIRDRE SMITH
403 STEVENS ST
GASTONIA NC 28054

DEVIAN JOHNSON
326 SPRINGDALE DR
WILMINGTON NC 28405

DOMINIQUE EDWARDS
906 W 5TH AVE
GASTONIA NC 28052


DOMINIQUE FAULK
98 WAYNES WAY
WHITEVILLE NC 28472


EBONY BLOCKER
612 CHARLES ST APT 44
KINGS MOUNTAIN NC 28086


EMMA PLAYER
1004 ROCKLAND CIR SW
CONCORD NC 28207


GLORIA HARDY
2714 STRATFORD DR
GREENWOOD NC 27408


GREENSBORO LAW CENTER
ATTN: JAMES R. FAUCHER
822 N. ELM STREET, SUITE 200
GREENSBORO NC 27401


IMANI MITCHELL
704 NOLAN AVE
WHITEVILLE NC 28472


INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PA 19101-7346


JACQUESE KELLUM
2000 SWAIM RD APT A
WINSTON SALEM NC 27127


JAMES MARABLE
4901 CENTRAL AVE APT 7
CHARLOTTE NC 28205


JEFFERY BILLINGS
213 WOODROW ST
TABOR CITY NC 28463

JENNIFER POLK
1427 THRIFTWOOD DRIVE
CHARLOTTE NC 28208


JENNIFER WALKER
4897 BILLY WILSON RD
YORK SC 29745


JOHN DAWSON
2998 BUD STEPHENS RD
EVERGREEN NC 28438


JOSHUA BOYD
7024 LOWEN RD
CHARLOTTE NC 28269


JUANITA DAVIS
1030 WHISPERWOOD DR
SALISBURY NC 28147


KATHERINE WATKINS
GREENSBORO LAW CENTER
822 N. ELM STREET, SUITE 200
GREENSBORO NC 27401


KELLY MOSLEY
948 CROWDERS WOODS DR
GASTONIA NC 28052


KENDRIS LITTLEJOHN
1002 PARKS DR
STATESVILLE NC 28677


LACHEZ FINCHER
1909 HARTFORD DR
GASTONIA NC 28052


LACY CHESTNUTT
401 SWANZY RIDGE WAY
ELIZABETHTOWN NC 28337


LAURA MIMS
1416 WARE AVE
GASTONIA NC 28052

LEKETRA LOWERY
911 SEAN MICHAEL DR APT 304
DALLAS NC 28034


LOIS DENNARD
657 CARVER OORE RD
LAKE WACCAMAW NC 28450


MARQUIS DOUGLAS
198 DOUGLAS RD
HAMLET NC 28345


MARSHALL RAMSEY
160 J C CIRCLE UNIT 4
MOORESVILLE NC 28115


MARY PERSON
2741 DOCTOR CARVER RD APT 213
CHARLOTTE NC 28208


MELVIN HERRING
1050 A GOODMAN CIR
GASTONIA NC 28054


PAUL CARPENTER
1032 LONGBRANCH RD
GROVER NC 28073


RANDY MILLIGAN
2118 FOWLER SCHOOL ROAD
LORIS SC 29569


REGINA WITHERSPOON
679 CENTRAL DR
CONCORD NC 28027


RICHARD BARBER
1906 E BROAD ST
STATESVILLE NC 28677


RICKY WITHERSPOON
679 CENTRAL DR
CONCORD NC 28027

ROBERT HELMS
114 CENTER ST
KINGS MOUNTAIN NC 28086


ROBERT LEE JONES
GREENSBORO LAW CENTER
822 N. ELM STREET, SUITE 200
GREENSBORO NC 27401


RONNIE GREENLEE
5335 GRENELEFE VILLAGE RD
CHARLOTTE NC 28269


SARAH BEATTY
335 GUM SWAMP RD
BOLTON NC 28423


SHAN ALFORD
454 HIGHLAND AVE
HICKORY NC 28423


SHANTA HARRIS
8020 TREMAINE CT APT C
CHARLOTTE NC 28227


SHELDON GLENN
7330 WILLIAMS REYNOLDS DR
CHARLOTTE NC 28269


SHIREE HUGGINS
202 W NANCE ST
WHITEVILLE NC 28472


SOUTH CAROLINA DEPARTMENT OF REVENUE
OFFICE OF GENERAL COUNSEL
ATTN: BANKRUPTCY DEPARTMENT
300A OUTLET POINTE BLVD.
COLUMBIA SC 29210


TAMITHA ROGERS
264 LINCOLN ST SW
CONCORD NC 28602

TARICA EPPS
750 7TH AVE PLACE SW
HICKORY NC 28602


TAYLA COLLINS
4607 CAINPE DR
CHARLOTTE NC 28269


TIMOTHY HAWKINS
1009 GEORGETOWN RD APT 19C
LINCOLNTON NC 28092


TOP HAT RENTALS
6595 ROSWELL ROAD
SUITE G785
ATLANTA GA 30328


VALERIE MOBLEY
2320 ORTON ST
CHARLOTTE NC 28208


VERNON MCCLEARY
704 N LAFAYETTE ST APT 11
SHELBY NC 28105


VICTORIA JONES
318 GRIFFIN CIR
CONCORD NC 28025


VIRGINIA EDWARDS
902 DOCTORS DR APT 2F
KINSTON NC 28501


WAKEFIELD REALTY
P.O. BOX 1665
ANDERSON SC 29622


WENDY MCLAURIN
GREENSBORO LAW CENTER
822 N. ELM STREET, SUITE 200
GREENSBORO NC 27401


WESLEY HARDEN
3399 SCENIC HIGHWAY 98
DESTIN FL 32541

```
WHITLEY TEASTER
2290 LIBERTY CHURCH RD LOT 1
HICKORY NC 28601
```

# United States Bankruptcy Court
## District of South Carolina

In re    **1st Capital Finance of South Carolina, Inc.**

Debtor(s)

Case No.

Chapter    **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **1st Capital Finance of South Carolina, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**June 30, 2023**

Date

**/s/ Jane H. Downey**

**Jane H. Downey 5242**

Signature of Attorney or Litigant

Counsel for    **1st Capital Finance of South Carolina, Inc.**

**Baker Donelson**
**1501 Main St., Ste 310**
**Columbia, SC 29201**
**803-251-8814**
**jdowney@bakerdonelson.com**